# EXHIBIT

ATTACHMENT # 11



Thanks man

DeShawna Marie Smyth

You're friends on Facebook

Retail Sales Associate at Hobby Lobby, Younique Independent Presenter at Younique - Corporate and Super Mother and Wife at HOME SWEET HOME

Lives in Elk City, Oklahoma

02/25/2015 6:02PM

Jerry
Whats your number honkie?

02/25/2015 7:06PM



5807997192

12/31/2015 2:54PM

Jerry
Text me 5809287211

12/23/2016 6:05PM



DeShawna
**The video chat ended.**

December 23, 2016 6:05 pm

Call Again



Well, I just hit a deer. More like the deer hit me.

Jerry
OK?

JAN 16TH, 4:11AM

Jerry

I need to talk to people who play with big money. Murder Nova used to work for my dad. Can you get me in contact with him? I have a lucrative business proposal for him.

JAN 16TH, 5:12AM



I don't have any of those guys numbers.

Jerry
Shoutout to dem niggas

JAN 17TH, 1:45AM

Jerry
You have to get this to murder nova or somebody somehow. I have to talk to somebody about getting funding. They have big money and I need it.

JAN 17TH, 3:45AM

Jerry
I want my own tv show too.

I'm gonna be rich. I'll make you rich too. You just have to work for me.

JAN 17TH, 5:47AM



What are you talking about!?

Jerry
Just get me in contact with street outlaws. That's all you need to do.



You know whsee Shane's shop is, don't you? Or Kyle and Jeremy's?

Jerry
No



Jeremy is still filming, im not sure if Shane is.

https://g.co/kgs/A8B9vT


Error 404 (Not Found)!!1

The requested URL /search?q=MONSTER+ENERGY+SERVICES&ludocid=3497548691348214762&ibp=gwp;0,7&kgs=3f22fddd5d3d751c&shndl=-1&source=sh/x/kp/local&entrypoint=sh/x/kp/local was not found on this server. That's all we know.

google.com

**Jerry**
I don't care. I need to talk to their producers. They can pay me to film me doing my shit.



I know. But they film on Saturday nights. They aren't filming right now, its the off season.



You could also stop by Midwest Street Cars.

https://g.co/kgs/m1UJMk

**Error 404 (Not Found)!!1**

The requested URL /search?q=Midwest+Streetcars+Automotive&ludocid=16389183968159732924&ibp=gwp;0,7&kgs=3e360 6a9bed45463&shndl=-1&source=sh/x/kp/local&entrypoint=sh/x/kp/local was not found on this server. That's all we know.

google.com

**Jerry**
I want to get the street outlaws at my fundraiser



Holy crap, are you talking about your essay on your page!? And they charge $3,000 each to make appearances, well, 2 years ago they did. I heard they went up to 5 grand each.

**Jerry**
And I want discovery to film my show.

I'm going to talk to farm truck and murder nova.



Discovery contacted them because Farmtruck appeared on an episode of pinks. Farmtruck is who you should talk to.

**Jerry**
Ok.



Their shop is pretty easy to get to, its just about catching them there.

4529 NW 36th St, Oklahoma City, OK 73122

Jerry
Number or email?



405-778-2777 That's the shop number. Belinda is the one who got close to them. Farmtrucks real name is Shawn.

Jerry
You're the best. For real. I owe you big.



Asian is John.

Jerry
If I can get discovery to do my show I'm gonna be rich lol.



I think it is John. I never get his right.

Jerry
I just need the initial investment to start my research.



Yep! It makes for an even better show because none of it is legal yet in Oklahoma.

Jerry
lol I'm not even worried about that. I'm gonna use legal chemicals while I'm in Oklahoma. I just have to do this research project to get famous.

You're gonna brag to everybody about being my best friend.



The legality makes for great drama tho.

I do that anyway.

Jerry
It's going to be a nightmare. The government is gonna try to kill me.

I'm going to need bodyguards for my family.



Quite possibly. But all the drugs you mentioned came about because someone thought it could help people like you. They just didn't know how to execute it, or what works best.

I've got to get in the shower. I have to get the kids to school then go to work.

Jerry

Yep. But I'm going to take the medical field from the government. Fuucckk

Love ya



Love you!

JAN 28TH, 7:52PM



You. Ive messaged you 3 ways now. What y'all doing tonight?

Terry Price II

You're friends on Facebook

IT Director at Great Plains Regional Medical Center and Code Enforcement Officer at Town of Canute

Lives in Elk City, Oklahoma

JAN 17TH, 1:38AM

Jerry

Please send to whoever may be interested

Jerry

Hello, I am a student currently researching the effects of marijuana in the liver and brain. For years I have been teaching myself about the effects of naturally occurring drugs and how they affect people. I have now reached a point in my life that I understand enough to conduct research of my own. I myself suffer from a dopamine imbalance. I have to take depressants to function normally. I also have mild autism, many different obsessive compulsive disorders, anxiety, and poor social awareness. I've learned how to deal with all my problems by studying my disorders and how to treat them correctly. I medicate myself with marijuana and halidol to keep my brain balanced and working properly. My passion is helping people. With how hard life has been for me, I don't want anyone to suffer like I have. With that said, I need funding to help people. I want to do research in how marijuana affects the brains receptors, how other natural substances interact with marijuana, specifically in the liver. In order to do this properly, I will need access to the best medical equipment to record and observe my research. I will also need test subjects to evaluate and medicate properly. I work well with people with various deficiencies, as I have many myself. I would like to work with the mentally disabled, addicts, veterans, prisoners, etc. I believe I could help them with many drugs. With the proper dosaging, marijuana, LSD, psilocybin, mescaline, DMT, etc. would give people the ability to work through their problems. I do not believe this would completely fix them though, there is no cure all for everything. I believe a new form of hypnotherapy could be applied. Meditation is a wonderful tool that can be applied while a person is in another state of mind. A mantra, or focus must be applied. Many psychological behaviors are rooted deeply in the brain, and the brain must be in a deep focused state to alter those behaviors to help people. The applications of this process are endless. In essence, this process will be applied