# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-17-239-D |
| ) | Case No. CIV-23-245-D |
| JERRY DRAKE VARNELL, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Order filed separately herein, Defendant's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 [Doc. No. 339] is **DENIED**. Further, a certificate of appealability is **DENIED**.

**ENTERED** this 9th day of April, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge